IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TAMMY SHERRILL, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:04cv760-T |
| | ) | |
| CITY OF PRATTVILLE, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

| | | |
|---|---|---|
| AQUIA AVERHART, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:04cv761-T |
| | ) | |
| CITY OF PRATTVILLE, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

| | | |
|---|---|---|
| MARIA MCELYA, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:04cv762-T |
| | ) | (WO) |
| CITY OF PRATTVILLE, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

**JUDGMENT**

It is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Maria Mcelya's motion to dismiss (Doc. No. 28) is granted.

(2) Plaintiff Mcelya's case, civil action no. 2:04cv762-T, is dismissed with prejudice, with the parties to bear their own costs.

(3) The clerk of the court is to close out civil action no. 2:04cv762-T.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 23rd day of September, 2005.

                                      /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**