**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

```
TAMMY SHERRILL,                  )
                                 )
    Plaintiff,                   )
                                 )   CIVIL ACTION NO.
    v.                           )      2:04cv760-T
                                 )
CITY OF PRATTVILLE, et al.,      )
                                 )
    Defendants.                  )


AQUIA AVERHART,                  )
                                 )
    Plaintiff,                   )
                                 )
                                 )   CIVIL ACTION NO.
    v.                           )      2:04cv761-T
                                 )
CITY OF PRATTVILLE, et al.,      )
                                 )
    Defendants.                  )


MARIA MCELYA,                    )
                                 )
    Plaintiff,                   )
                                 )   CIVIL ACTION NO.
    v.                           )      2:04cv762-T
                                 )         (WO)
CITY OF PRATTVILLE, et al.,      )
                                 )
    Defendants.                  )
```

## ORDER

It is ORDERED that plaintiff Aquia Averhart's motion for temporary stay and motion for extension of time (Doc. No. 30) are set for an on-the-record status conference on October 12, 2005, at 8:30 a.m.  Counsel for plaintiff Averhart is to arrange for the conference to be conducted by telephone.

DONE, this the 4th day of October, 2005.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**