# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
# MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TAMMY SHERRILL,               )
                              )
    Plaintiff,                )
                              )   CIVIL ACTION NO.
    v.                        )   2:04cv760-T
                              )       (WO)
CITY OF PRATTVILLE, et al.,   )
                              )
    Defendants.               )


AQUIA AVERHART,               )
                              )
    Plaintiff,                )
                              )   CIVIL ACTION NO.
    v.                        )   2:04cv761-T
                              )
CITY OF PRATTVILLE, et al.,   )
                              )
    Defendants.               )


MARIA MCELYA,                 )
                              )
    Plaintiff,                )
                              )   CIVIL ACTION NO.
    v.                        )   2:04cv762-T
                              )
CITY OF PRATTVILLE, et al.,   )
                              )
    Defendants.               )
```

## JUDGMENT

Pursuant to the stipulation of dismissal (Doc. No. 33), it is the ORDER, JUDGMENT, and DECREE of the court that plaintiff Tammy Sherrill's case, civil action no. 2:04cv760-T, is dismissed with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 6th day of October, 2005.

                       /s/ Myron H. Thompson
                       UNITED STATES DISTRICT JUDGE