```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


TAMMY SHERRILL,                  )
                                 )
    Plaintiff,                   )
                                 )       CIVIL ACTION NO.
    v.                           )        2:04cv760-T
                                 )           (WO)
CITY OF PRATTVILLE, et al.,      )
                                 )
    Defendants.                  )



AQUIA AVERHART,                  )
                                 )
    Plaintiff,                   )
                                 )       CIVIL ACTION NO.
    v.                           )        2:04cv761-T
                                 )
CITY OF PRATTVILLE, et al.,      )
                                 )
    Defendants.                  )


MARIA MCELYA,                    )
                                 )
    Plaintiff,                   )
                                 )       CIVIL ACTION NO.
    v.                           )        2:04cv762-T
                                 )
CITY OF PRATTVILLE, et al.,      )
                                 )
    Defendants.                  )
```

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendants City of Prattville, Alfred Wadsworth, and Debra Deramus's motion for summary judgment (Doc. No. 23) is granted.

(2) Judgment is entered in favor of defendants City of Prattville, Wadsworth, and Deramus and against plaintiff Aquia Averhart, with plaintiff Averhart taking nothing by her complaint.

It is further ORDERED that costs are taxed against plaintiff Averhart, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 2nd day of December, 2005.

                     /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE